Mary Catherine DANKO

v.

**ERIE INSURANCE EXCHANGE,**
**Appellant.**

**Jeffrey WEAVER**

v.

**ERIE INSURANCE EXCHANGE,**
**Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 20, 1994.

Decided Nov. 22, 1994.

Stephen P. McCloskey, Phillips, Faldowski & McCloskey, P.A., Washington, DC, for Erie Ins. Exchange, in No. 8.

Michael D. Pipa, Mette, Evans & Woodside, Harrisburg, for Erie Ins. Exchange in No. 11.

William M. Radcliffe, Louise D. Monaghan, Radcliffe, DeHaas & Monaghan, Uniontown, for Mary Catherine Danko.

James A. Nettleton, Jr., Law Office of Dale E. Anstine, P.C., York, for Jeffrey Weaver.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Orders affirmed.

MONTEMURO, J., is sitting by designation.